**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JERMAINE TERRELL MILLER, | : No. 186 MM 2014 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SUPREME COURT OF PENNSYLVANIA, | : |
| MIDDLE DISTRICT, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**.